UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARY SCOTT, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *vs.* | ) | 1:13-cv-1478-JMS-MJD |
| | ) | |
| CAROLYN COLVIN, *Commissioner of the So-* | ) | |
| *cial Security Administration*, | ) | |
| *Defendant.* | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Pursuant to the Court's entry on this date, this matter is **DISMISSED WITHOUT**

**PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

04/29/2014

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distributed by Mail:**

MARY SCOTT
1140 S. Somerset Ave.
Indianapolis, IN 46241

**Distribution via ECF only:**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov